**IN THE UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CORA CLIFF SHALLCROSS,<br><br>Plaintiffs,<br><br>v.<br><br>UNIVERSAL STUDIOS LLC dba UNIVERSAL STUDIOS HOLLYWOOD; and DOES 1 TO 25, Inclusive,<br><br>Defendants. | Case No. CV 26-6394-DMG (ASx)<br><br>**ORDER RE JOINT STIPULATION TO DISMISS WITHOUT PREJUDICE [15]** |

Having reviewed the Parties' Joint Stipulation for order of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) [Doc. # 15], and good cause appearing, the Court **APPROVES** the Stipulation.

The Court hereby **DISMISSES** all claims in this litigation, **without prejudice**. The Parties shall bear their own fees and costs.

**IT IS SO ORDERED.**

DATED: September 8, 2026

Dolly M. Gee

DOLLY M. GEE
Chief United States District Judge